## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JESSICA O., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:18-cv-00370-GZS |
| | ) |
| ANDREW M. SAUL, Commissioner | ) |
| Of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 28) filed February 7, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

                    /s/ George Z. Singal
                    United States District Judge

Dated this 25th day of February, 2020.